United States District Court
District Court Puerto Rico
Exhibits Log: 26-cr-341 8-31-26 Arr/Bail
USA v. Medina-Marrero et al, 8/31/2026

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Defen-A | Letter from defendant`s sister | No | 8/31/2026 12:00 AM | 8/31/2026 12:00 AM |
| Defen-B | Personal Reference Letter from Susan Flores | No | 8/31/2026 12:00 AM | 8/31/2026 12:00 AM |